# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Bradley Ebbesen,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Par Enterprises,<br><br>　　　　　　Defendant. | Civil No. **07-4694 (JNE/JJG)**<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE.**

2. The litigation shall be closed in its entirety and judgment shall be entered.


Dated:  October 8, 2008            s/  Joan N. Ericksen
　　　　　　　　　　　　　　　　JOAN N. ERICKSEN
　　　　　　　　　　　　　　　　United States District Judge